# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 11-04048-01-CR-FJG |
| ) | |
| EMMANUEL ANDREW WARD, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is defendant's Motion to Dismiss Case (Doc. No. 17).

On March 12, 2012, United States Magistrate Judge Matt J. Whitworth entered a Report and Recommendation which recommended denying defendant's Motion to Dismiss Case (Doc. No. 17). No objections to the Report and Recommendation were filed by Defendant.

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's Motion to Dismiss Case (Doc. No. 17) will be **DENIED.**

      /s/Fernando J. Gaitan, Jr.
      Fernando J. Gaitan, Jr.
      Chief United States District Judge

Dated: May 14, 2012
Kansas City, Missouri